**FILED**
December 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> JUSTIN JAMES DOWNEY, ) <br> ) <br> Defendant. ) | Case No. MAG. 08-0435-EFB <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JUSTIN JAMES DOWNEY, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___ Release on Personal Recognizance

_X_ Bail Posted in the Sum of: $100,000.00

    _X_ Unsecured Appearance Bond (Interim)

    _X_ Appearance Bond with Surety

    _X_ (Other) Conditions as stated on the record.

    _X_ (Other) Secured bond paperwork to be filed within 3 weeks from 12/18/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 12/18/08 at 3:00pm

By /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge