FILED
December 18, 2008
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                   )
        Plaintiff, )
v. )
                                                   )
JUSTIN JAMES DOWNEY, )
                                                 )
        Defendant. )

Case No. MAG. 08-0435-EFB

ORDER FOR RELEASE OF
PERSON IN CUSTODY

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release JUSTIN JAMES DOWNEY, Case No. MAG. 08-0435-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   ___   Release on Personal Recognizance

   _X_   Bail Posted in the Sum of: $100,000.00

           _X_   Unsecured Appearance Bond (Interim)

           _X_   Appearance Bond with Surety

           _X_   (Other) Conditions as stated on the record.

           _X_   (Other) Secured bond paperwork to be filed within 3 weeks from 12/18/08.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12/18/08  at  3:00p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge